IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

RODARIUS WEDLEY,

     Plaintiff,

v.                        No. 1:26-cv-01103-JDB-jay

COMPREHENSIVE CORRECTIONAL CARE,

     Defendant.

---

ORDER ADOPTING REPORT AND RECOMMENDATION

---

Before the Court is the complaint of Plaintiff, Rodarius Wedley.  (Docket Entry ("D.E.") 1.)  By administrative order, this matter was referred to the United States magistrate judge for management of all pretrial matters and for determination and/or report and recommendation as appropriate.  Admin. Order 2013-05.  After reviewing the complaint, Magistrate Judge Jon A. York, on July 23, 2026, recommended that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to pay the required filing fee or submit an application to proceed in forma pauperis by the listed deadline.  (D.E. 7 at PageID 15.)  At the end of the report and recommendation, Judge York notified the parties that, if they disagreed with the recommendation, they were required to file an objection within fourteen days.  (*Id.*)  He added that "failure to file objections within fourteen (14) days may constitute waiver and/or forfeiture of objections, exceptions, and further appeal."  (*Id.* (emphasis omitted).)

No party has objected to the Magistrate Judge's report and recommendation, and the time for doing so has expired.  Consequently, the parties have forfeited any objections either may have had to the report and recommendation.  *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019)

(quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)).  Accordingly, upon review of the record, the report and recommendation (D.E. 7) is ADOPTED, and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of August 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2